UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
SEP 25 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF  )<br>)<br>)<br>WEI TUNG LAM   )<br>)<br>)<br>)<br>_____)  | Misc. No.<br><br>ORDER 1:08 MC 00029 GSA<br><br>**UNDER SEAL** |

SEALED

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Stanley A. Boone, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that WEI TUNG LAM should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184, and the Extradition Treaty between the United States and Belgium.

IT IS THEREFORE ORDERED that a warrant for the provisional arrest of WEI TUNG LAM be issued. The Court also ORDERS that the complaint, this order, and the arrest warrant be placed UNDER SEAL until the arrest of the defendant or further order of this Court.

DATED: 9/24/08

_____
United States Magistrate Judge

ORDER [**UNDER SEAL**]