McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-MJ-00247 GSA |
| Plaintiff, | STIPULATION TO CONTINUE EXTRADITION HEARING AND ORDER |
| v. | |
| WEI TUNG LAM, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Douglas Beevers, Attorney for Defendant, WEI TUNG LAM, that the Extradition Hearing currently scheduled for November 25, 2008, at 10:00 a.m., may be continued to December 10, 2008, at 1:30 p.m.

The continuance is necessary due to fact that the treaty affords the government of Belgium seventy-five (75) days in which to complete their extradition request.

////
////
////
////
////

1

1  The parties agree that time continues to be excluded pursuant to the Speedy Trial Act under 18
2  U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the
3  parties' preparation of the case.

                                       McGREGOR W. SCOTT
                                       United States Attorney

DATED: November 13, 2008            By   /s/ STANLEY A. BOONE
                                                  STANLEY A. BOONE

DATED:   November 13, 2008          By   /s/ DOUGLAS BEEVERS
                                                  DOUGLAS BEEVERS
                                                  Attorney for Defendant,
                                                  WEI TUNG LAM

## ORDER

The Extradition Hearing currently scheduled for November 25, 2008, at 10:0 a.m. before Judge Snyder,  is now continued to December 10, 2008, at 10:00 a.m. before Judge Snyder in Courtroom #7.

IT IS SO ORDERED.

**Dated:   November 20, 2008**            **/s/ Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE